UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

DEBRA L. ANDERSON

                                      Plaintiff,

    **-v.-**

                                        Civil Action No.
                                        5:12-cv-1008 (GLS/ESH)

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security

                                      Defendant.

--------------------------------------------------------------------------------

APPEARANCES:                          OF COUNSEL:

**FOR THE PLAINTIFF:**

Olinsky Law Group               MICHAEL J. TELFER, ESQ.
300 S. State Street                HOWARD D. OLINSKY, ESQ.
5th Floor, Suite 520
Syracuse, New York 13202

**FOR THE DEFENDANT:**

Social Security Administration      BENIL ABRAHAM, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278


GARY L. SHARPE,
CHIEF JUDGE

## **ORDER**

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Earl S. Hines, duly filed October 9, 2013. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Earl S. Hines filed October 9, 2013 (Dkt. No. 16) is ACCEPTED in its entirety for the reasons state therein; and it is further

ORDERED that the Commissioner's decision denying disability benefits is REVERSED and the case REMANDED pursuant to 42 U.S.C. § 405(g), sentence four, for further proceedings concerning the period at issue, i.e., the alleged onset date of disability, April 30, 2009, to August 4, 2010, in accordance with the recommendation; and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties in accordance with the court's local rules.

IT IS SO ORDERED.

Dated: November 5, 2013
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court